UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIANKANZE BAMBA,

                                                                              22-CV-7407 (LJL) (VF)

                                  Plaintiff,

                                                                              **ORDER**

                -against-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, ALEJANDRO MAYORKAS, Secretary
of the Department of Homeland Security,

                                  Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       As discussed at the initial case management conference held before the Court on February 1, 2023, Defendants had submitted a proposed case management plan (see ECF No. 10) while Plaintiff remained *pro se*; however, Plaintiff is now represented by counsel. Accordingly, by no later than **Friday, February 10, 2023**: (1) the parties are directed to meet and confer and submit a revised proposed case management plan; and (2) counsel for Plaintiff is directed to submit a *pro hac vice* application and make an appearance on the docket.

       **SO ORDERED.**

DATED:     New York, New York
               February 1, 2023

                                                                                  VALERIE FIGUEREDO
                                                                                  United States Magistrate Judge