The request is GRANTED. The telephone conference shall be held on January 11, 2024 at 2:00 P.M. The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

DATE: January 10, 2024

SO ORDERED.

*LEWIS J. LIMAN*
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| MIANKANZE BAMBA, <br><br> Plaintiff, <br><br> - v - <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, <br><br> Defendants. |

No. 22 Civ. 7407 (LJL) (VF)

## REQUEST POSTPONEMENT OF TELEPHONE CONFERENCE

Undersigned counsel requests to postponement the telephone conference schedule for January 10, 2024 at 3pm. Undersign counsel's niece in-law passed away and her funeral is January 10, 2024 at 1:30pm. Undersign counsel will be at the funeral and not available for the telephone conference. Undersign counsel is available all-day Thursday and Friday this week. I apologize for any inconvenience this may have caused.

Respectfully submitted,

/s/_____
Mohamed M. Bamba, Esq.
Law Office of Mohamed Bamba, LLC
10015 Old Columbia Road
Unit B-215
Columbia, Maryland 21046
Office: 443-656-8310
Fax: 443-656-8309
Email: mohamed@bambalaw.com