```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIANKANZE BAMBA,

                Plaintiff,

                -v-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY-FPS, and ALEJANDRO MAYORKAS,
SECRETARY OF THE DEPARTMENT OF
HOMELAND SECURITY,

                Defendants.

-----------------------------------------------------------------X

22-cv-7407 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated on the record at the January 11, 2024 hearing, the Court hereby grants Defendants' motion at Dkt. No. 28. The parties are directed to meet and confer regarding a proposed case management plan. On January 16, 2024, the parties shall submit a joint proposed case management plan. In the event that the parties cannot agree on the contents of a joint proposed case management plan, they shall instead each submit a separate proposed case management plan on January 16, 2024.

      Defendants are also directed to file a proposed order consolidating *Bamba v. Mayorkas*, 23-cv-8026, with this case for all purposes. Defendants shall confer with Plaintiff regarding that proposed order prior to filing it and shall indicate to the Court whether Plaintiff objects to any portion of it.

      SO ORDERED.

Dated: January 11, 2024
       New York, New York

                                                    LEWIS J. LIMAN
                                                  United States District Judge