UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIANKANZE BAMBA,<br><br>    Plaintiff,<br><br> -v-<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security,<br><br>    Defendants. | No. 22 Civ. 7407 (LJL) (VF)<br>(Lead case) |
| MIANKANZE BAMBA,<br><br>    Plaintiff,<br><br> -v-<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security,<br><br>    Defendants. | No. 23 Civ. 8026 (LJL) |

## ORDER CONSOLIDATING ACTIONS
## PURSUANT TO FED. R. CIV. P. 42(a)

Pursuant to Federal Rule of Civil Procedure 42(a), when actions before the Court "involve a common question of law or fact," the Court may, *inter alia*, "consolidate the actions" and "join for hearing or trial any or all matters at issue in the actions." Fed. R. Civ. P. 42(a)(1)–(2). Accordingly, the Court hereby ORDERS as follows:

1. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a):

  a. *Miankanze Bamba v. Alejandro Mayorkas, et al.*, No. 22 Civ. 7407 (LJL) (VF), filed August 30, 2022

      b. *Miankanze Bamba v. Alejandro Mayorkas, et al.*, No. 23 Civ. 8026 (LJL), filed September 11, 2023

    2.    All papers filed in connection with the consolidated actions will be maintained under the docket of the lead case, No. 22 Civ. 7407 (LJL) (VF).

    3.    All papers filed in the consolidated actions shall bear the consolidated caption set forth above.

    4.    The Clerk of the Court is directed to consolidate No. 22 Civ. 7407 (LJL) (VF) and No. 23 Civ. 8026 (LJL) under the docket of the lead case, No. 22 Civ. 7407 (LJL) (VF).

Dated: January 17, 2023
       New York, New York

SO ORDERED:

_____
HONORABLE LEWIS J. LIMAN
United States District Judge