UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MIANKANZE BAMBA, :
:
:
Plaintiff, :
:  22-cv-7407 (LJL)
-v- :
: ORDER
:
UNITED STATES DEPARTMENT OF HOMELAND :
SECURITY-FPS, and ALEJANDRO MAYORKAS, :
SECRETARY OF THE DEPARTMENT OF :
HOMELAND SECURITY, :
:
Defendants. :
:
---------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024
```

LEWIS J. LIMAN, United States District Judge:

    The referral of this case to Magistrate Judge Valerie Figueredo, *see* Dkt. No. 3, for general pretrial and dispositive motions is hereby withdrawn.  All further proceedings shall be before the undersigned.


    SO ORDERED.

Dated: January 17, 2024
       New York, New York

                                                    LEWIS J. LIMAN
                                            United States District Judge