```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MIANKANZE BAMBA,                                                       :
:
:
                        Plaintiff,                                     :
:     22-cv-7407 (LJL)
        -v-                                                            :
:     23-cv-8026 (LJL)
UNITED STATES DEPARTMENT OF HOMELAND                                   :
SECURITY-FPS and ALEJANDRO MAYORKAS,                                   :         ORDER
SECRETARY OF THE DEPARTMENT OF                                         :
HOMELAND SECURITY,                                                     :
:
                        Defendants.                                    :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On March 1, 2024, the parties filed a joint motion to modify the scheduling order. Dkt. No. 39. In that motion, the parties assert: "As a result of the unavailability of the deponents, the parties could not complete discovery by February 29, 2024. Furthermore, Plaintiff will like [sic] to depose Martin McCrimmon as a fact witness, which the parties are still considering." *Id.* at 1.

      Under the Case Management Plan, Dkt. No. 37, the deadline for discovery passed on February 29, 2024. The Court therefore construes the parties' motion as one to reopen discovery. The Court will take up that motion at the post-discovery status conference, which shall be held in person on March 8, 2024 at 1:00 P.M. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

      At that conference, the parties should be prepared to discuss why they were unable to complete the limited discovery they proposed at the January 11, 2024 status conference by the Court-ordered deadline and why the parties should be permitted to expand the scope of that discovery to include a deposition of Martin McCrimmon. The parties should also be prepared to address why any extension of discovery is warranted, let alone the significant extension they seek.

      SO ORDERED.

Dated: March 1, 2024
      New York, New York

                                                               LEWIS J. LIMAN
                                                          United States District Judge