**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MIANKANZE BAMBA

                      Plaintiff,

   -v-                                          22-cv-7407 (LJL)
                                                        (Lead Case)

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, ALEJANDRO MAYORKAS, Secretary of
the Department of Homeland Security,

                      Defendants.

-----------------------------------------------------------------------X
MIANKANZE BAMBA

                      Plaintiff,

   -v-                                          23-cv-8026 (LJL)     **JUDGMENT**

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, ALEJANDRO MAYORKAS, Secretary of
the Department of Homeland Security,

                      Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 23, 2024, the motion to dismiss the claims of retaliation under is 42 U.S.C. § 1981 is GRANTED, and the motion for summary judgment with respect to all other claims is GRANTED. Accordingly the case is closed.

**Dated:** New York, New York

      August 23, 2024

                                                         **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                              **BY:**  _____
                                                             **Deputy Clerk**